Patricia Ann **PRATT**, Plaintiff– Appellant,

v.

**SECRETARY, DEPARTMENT OF HEALTH AND HUMAN SER- VICES, Defendant–Appellee.**

No. 02–1444.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 15, 2002.

Decided Aug. 19, 2002.

Patricia Ann Pratt, Appellant Pro Se. Thomas Michael DiBiagio, Ariana Wright Arnold, Office of the United States Attorney, Baltimore, Maryland, for Appellee.

Before NIEMEYER, LUTTIG, and WILLIAMS, Circuit Judges.

PER CURIAM:

Patricia Ann Pratt appeals the district court's order accepting a magistrate judge's recommendation to dismiss Pratt's complaint regarding social security benefits for failure to exhaust administrative remedies. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Pratt v. Sec'y, Dep't of Health & Human Servs.,* No. CA–01–2145–MJG (D. Md. filed Apr. 15 & entered Apr. 16, 2002). We dispense with oral argument because the

facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*